# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GEOTAG, INC., a Texas Corporation,** ) ) ) | |
| ) | **8:13CV23** |
| **Plaintiff,** ) ) | |
| **V.** ) ) | |
| ) | **ORDER** |
| **GODFATHER'S PIZZA, INC.,** ) ) | |
| **Defendant.** ) | |

This matter is before the Court on Godfather's Pizza, Inc.'s ("GPI") motion to allow James C. Tidwell, and the law firm of Wolfe, Tidwell & McCoy, LLP, to withdraw as counsel for Defendant GPI. (Filing 538.)

Upon the representation that GPI will remain represented in this matter, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. GPI's Unopposed Motion to Withdraw (filing 538) is granted.

2. The Clerk of Court shall terminate James C. Tidwell and the law firm of Wolfe, Tidwell & McCoy, LLP as counsel of record for Defendant GPI and shall terminate future notices to James C. Tidwell and Wolfe, Tidwell & McCoy, LLP in this suit.

**DATED January 18, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**