# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEOTAG, INC., a Texas Corporation, | ) ) ) |
| Plaintiff, | ) 8:13CV23 ) ) |
| V. | ) ) ORDER |
| GODFATHER'S PIZZA, INC., | ) ) |
| Defendant. | ) ) |

Plaintiff has moved the Court for an order allowing Craig Tadlock and Keith Smiley of Tadlock Law Firm to withdraw as counsel for Plaintiff in the above-captioned matter. (Filing 544.) Upon the representation that Plaintiff will continue to be represented in this case, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (filing 544) is granted.

2. The Clerk of Court shall terminate Craig Tadlock and Keith Smiley of Tadlock Law Firm as counsel for Plaintiff and shall terminate future notices to Mr. Tadlock and Mr. Smiley in this action.

**DATED February 26, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**