IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEOTAG, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GODFATHER'S PIZZA, INC., ) <br> ) <br> Defendant. ) | Case No. 8:13-cv-00023-LSC-FG3 <br><br> **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff GeoTag Inc. and Defendant Godfather's Pizza, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for and stipulate to an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated this 14th day of May, 2013.

                                                     Respectfully submitted,

                                                   GEOTAG, Inc. Plaintiff

                                                   By:  /s/ Ryan D. Wilkins
                                                            Ryan D. Wilkins (NE #24622)
                                                            Baird Holm LLP
                                                            1500 Woodmen Tower
                                                            1700 Farnam Street
                                                            Omaha, NE 68102

                                                            David Bennett
                                                            Direction IP law
                                                            P.O. Box 14184
                                                            Chicago, IL 60614-0184
                                                            dbennett@directionip.com
                                                            *Admitted pro hac vice*

– and –

GODFATHER'S PIZZA, INC. Defendant

By: /s/Andre R. Barry
  Andre R. Barry – #22505
  Mary Ann Novak – #24851
  CLINE WILLIAMS WRIGHT
   JOHNSON & OLDFATHER, L.L.P.
  233 South 13th Street
  1900 U.S. Bank Building
  Lincoln, NE 68508-2095
  (402) 474-6900
  (402) 474-5393 fax
  abarry@clinewilliams.com
  mnovak@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14th, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

  Andre R. Barry
  Mary Ann Novak
  CLINE WILLIAMS WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
  233 South 13th Street
  1900 U.S. Bank Building
  Lincoln, NE 68508-2095

        /s/Ryan D. Wilkins

DOCS/1183634.1