## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**GODFATHER'S PIZZA, INC.,**<br><br>　　　　　Defendant. | **CASE NO. 8:13CV23**<br><br>**ORDER AND<br>FINAL JUDGMENT** |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal With Prejudice (Filing No. 573), requesting that all claims and counterclaims asserted in this action between them be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Under Federal Rule of Civil Procedure 41, the Court finds that the Joint Motion and Stipulation should be granted, and that all of the claims and counterclaims asserted in this action should be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Dismissal With Prejudice (Filing No. 573) is granted;

2. All claims and counterclaims asserted in this suit between Plaintiff Geotag, Inc., and Defendant Godfather's Pizza, Inc., are dismissed with prejudice;

3. All costs, expenses, and attorneys' fees are to be borne by the party that incurred them; and

4. All other pending motions are denied as moot.

Dated this 14th day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge